# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2022

**MEMO ENDORSED**

August 1, 2022

<u>Via: ECF</u>
Hon. Katharine H. Parker
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: <u>Henry Tucker v. Strongs Marine, Inc.</u>
Docket: 1:22-cv-02251-PGG-KHP

Dear Judge Parker,

 Plaintiff respectfully requests a forty-five (45) day extension of the initial conference currently scheduled **<u>August 8, 2022</u>** [Dkt 6] to <u>**September 22, 2022**</u>, or to a date soon thereafter that works better for this Court. To date, the Defendant has not contacted Plaintiff, appeared, answered, or otherwise moved in the above-referenced matter. Defendant was served through the secretary of state on April 12, 2022, and its answer was due on May 3, 2022 [Dkt 7].

 Plaintiff has been making efforts to contact the Defendant, including sending a copy of the summons and complaint directly to the defendant's place of business, calling, and attempting to make sure Defendant is aware of the pending matter before proceeding with a Default. Therefore, Plaintiff requests an extension of forty-five (45) days of the initial conference. This is the first request of its kind.

 We thank you and the Court for its time and consideration on this matter.

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday August 8, 2022 at 11:45 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker is hereby rescheduled <u>to Wednesday, September 28, 2022 at 10:30 a.m.</u>
<u>Plaintiff is directed to serve a copy of this endorsement on the Defendant.</u>

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/01/2022

Respectfully Submitted,

The Marks Law Firm, P.C.

By: */s/ Bradly G. Marks*
  Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com