# THE MARKS LAW FIRM, P.C.

September 27, 2022

**Filed via ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St, Room 17D
New York, NY 10007-1312

    RE:    **<u>Henry Tucker v. Strongs Marine, Inc.</u>**
               **<u>Docket: 1:22-cv-02251-PGG-KHP</u>**

Dear Judge Parker,

    Please be advised that the Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks.

    Accordingly, we respectfully request a 30-day order be issued.

    We thank you and the Court for its time and consideration.

    Respectfully Submitted,

    The Marks Law Firm, P.C.

    By: _[signature]_
         Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com