USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HENRY TUCKER, and On Behalf of All
Others Similarly Situated,

         Plaintiff,    22-CV-2251 (PGG) (KHP)

  -against-      **ORDER ADJOURNING INITIAL**
              **CASE MANAGEMENT**
STRONG'S MARINE, INC.,     **CONFERENCE**

         Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

  In light of the Notice of Settlement filed on September 27, 2022 (doc. no 12) the Initial Case Management Conference currently scheduled for **September 28, 2022** is hereby adjourned *sine die*.

  **SO ORDERED.**

DATED:  New York, New York
      September 27, 2022

               _____
               KATHARINE H. PARKER
               United States Magistrate Judge