DocuSign Envelope ID: F7029603-25A7-4146-B2AD-66B6F0AC60DF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER and on behalf of all
other persons similarly situated,

                              Plaintiffs,         No. 1:22-cv-02251-PGG-KHP

                 -against-

STRONG'S MARINE, INC.,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL WITH PREJUDICE

           IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by

and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the

Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its or their own legal fees

and costs.

Dated:


THE MARKS LAW FIRM, P.C.

By: _____
     Bradly G. Marks
     155 East 55th St, Suite 6A
     New York, New York 10022
     (646) 770-3775
     *Attorneys for Plaintiffs*

Blank Rome LLP

By: _____
     Martin S. Krezalek
     1271 Avenue of the Americas
     New York, New York 10020
     212.885.5130
     *Attorneys for Defendant*


SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

                             ) -


Dated:  December 16, 2022